UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § ASHER ABID KHAN, § Defendant. § § | CRIMINAL NO.: **15 CR 263**<br><br>FILED UNDER SEAL |

United States Courts
Southern District of Texas
FILED
MAY 2 7 2015

David J. Bradley, Clerk of Court

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

**(Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization)**

Beginning in or about December 2013, and continuing until in or about December 2014, within the Southern District of Texas, and elsewhere, the defendant,

**ASHER ABID KHAN,**

did unlawfully and knowingly conspire and agree with others known and unknown to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including services, and personnel, including himself, to a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant ("ISIL"), with known aliases: Islamic State of Iraq and al-Sham, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, and Dawla al Islamiya, knowing that the organization is a designated foreign terrorist organization, and knowing that ISIL engages in, and has engaged in terrorist activity and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT 2

**(Attempting to Provide Material Support to a Designated Foreign Terrorist Organization)**

Beginning on or about January 5, 2014, and continuing until on or about February 25, 2014, within the Southern District of Texas, and elsewhere, the defendant,

**ASHER ABID KHAN,**

did unlawfully and knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including services and personnel, including himself, to a foreign terrorist organization, namely, the Islamic State of Iraq and the Levant ("ISIL"), with known aliases: the Islamic State of Iraq and al-Sham, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, and Dawla al Islamiya, knowing that the organization is a designated foreign terrorist organization, and knowing that ISIS has engaged in, and engages in in terrorist activity and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

Original Signature on File

FOREPERSON OF THE GRAND JURY

**KENNETH MAGIDSON**
**United States Attorney**
**Southern District of Texas**

By: _____
CAROLYN FERKO
Assistant United States Attorney

By: _____
ALAMDAR S. HAMDANI
Assistant United States Attorney

By: _____
JOSH P. PARECKI
Trial Attorney, U.S. Department of Justice