**COURTROOM MINUTES:**
**The Honorable Nancy K. Johnson Presiding**
Deputy Clerk: Shannon Jones
Interpreter Present? ☐ Yes ☐ No   ERO: P. Yebernetsky
USPT/USPO: _____   TIME: 10:15-11:28am AND 11:39-11:50 am
☐ OTHER DISTRICT: _____   ☐ DIVISION   THEIR CASE# _____

Clerk, U.S. District Court
Southern District of Texas
Filed 06.01.2015

**PROCEEDING HELD:**
☐ Initial Appearance   ☐ Counsel Determination Hearing   ☐ _____
☐ Bond Hearing   ☐ Identity   ☐ Hearing Continued on _____
➡☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Other

**CASE NUMBER** ➡☐ CR 4:15cr263   ☐ MJ _____

DEFT:                                   AUSA: Carolyn Ferko

Asher Abid Khan                         Tom Berg

☐ Date of arrest _____   ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                          Violation of  ☐ Supervised Release ☐ Probation
➡☐ Defendant ☐ Material Witness appeared   ➡☐ with   ☐ without counsel
☐ Defendant requests appointed counsel.   ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender   ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel.

➡☐ Defendant **$150,000** bond set   ☐ Cash ☐ Surety ☐ P/R ➡☐ Unsecured ➡ ☐ **$25,000** Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
➡☐ Surety signatures required as to Defendant(s) _____.
➡☐ Defendant(s) _____ advised of conditions of release
➡☐ BOND EXECUTED and Defendant **NOT** Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)
☐ Order of Detention Pending Trial entered as to Defendant(s)
☐ Bond revoked   ☐ Bond reinstated   ☐ Bond Continued
➡☐ Defendant _____ remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause ☐ Identity

☐ Defendant(s) _____   **is/are scheduled on:** _____ at _____ for: _____
   ☐ Arraignment            ☐ Counsel Determination Hearing   ☐ Identity Hearing cont.
   ☐ Detention Hearing      ☐ Preliminary Hearing             ☐ Final Revocation Hearing
   ☐ Bond Hearing

Gov't exhibits 1,2,3,4,5,6,7 ARE ADMITTED ON THE RECORD. The deft will remain in custody until the deposit is made.   USA Motion to stay granted for one day.