UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. H-15-cr-263 |
| v. | : |
| | : |
| ASHER ABID KHAN, | : |
| DEFENDANT | : |

## UNITED STATES' NOTICE OF APPEAL

Under the authorities of 18 U.S.C. §§ 3145(c), 3731, and 28 U.S.C. § 1291, the United States of America, the above-named plaintiff, appeals to the United States Court of Appeals for the Fifth Circuit from the district court's order of June 2, 1015, denying the Government's motion for continued stay and revocation of a pre-trial release order.

                                  Respectfully submitted,

                                  KENNETH MAGIDSON
                                  United States Attorney

BY:   *S/Carolyn Ferko*
          CAROLYN FERKO
          Assistant United States Attorney

# **CERTIFICATE OF SERVICE**

I certify that the Motion for Stay was served on counsel for the defendant, Thomas Berg, Esq., via ECFl on June 2, 2015.

*S/ Carolyn Ferko*
CAROLYN FERKO
Assistant United States Attorney