UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**

March 10, 2016

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | §<br>§<br>§   CRIMINAL NO:<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| v. | |
| MOHAMED ZUHBI aka MOHAMED IBN ALBARAA, | |
| Defendant. | |

**H '15   263**

## ORDER FOR ISSUANCE OF BENCH WARRANT

A    SUPERSEDING INDICTMENT           has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

Defendant

MOHAMED ZUHBI aka MOHAMED IBN
ALBARAA

☑ DETENTION

☐ RELEASED ON CONDITION

☐ APPEARANCE BOND IN THE
    AMOUNT OF: $

SIGNED at Houston, Texas, on    _March 9_ , 20 _16_ .

UNITED STATES ~~MAGISTRATE~~ JUDGE
                     District