IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

V.                                                                                  NO. 4:15-CR-263

ASHER ABID KHAN

**DEFENDANT'S UNOPPOSED MOTION TO BUY SCHOOL CLOTHES**

The defendant, Asher Abid Khan moves this Court to permit a one-time local shopping trip to purchase school clothes:

I.

Mr. Khan is on conditions of release including GPS monitoring and probation-supervised travel about town to school, his lawyer's office, etc. Mr. Khan, a college student, needs to buy new clothes as he has grown during the pendency of this case. He asks permission to go shopping locally for a day under the monitoring of the probation office. While Mr. Khan and the probation office can work out the details, permission is required from the Court because of the release conditions.

The government was consulted and does not oppose this motion.

Respectfully submitted,

THOMAS S. BERG

/s/ Thomas S. Berg
Southern District of Texas No. 3731
Texas State Bar No. 02189200
4306 Yoakum Blvd., Suite 400
Houston, TX  77006
  Telephone:  713.236.1900
  Fax:   713.228.0321

CERTIFICATE OF SERVICE

I certify that a copy of this motion was served on opposing counsel via Electronic Case Filing this 9th day of May 2016.

/S/ Thomas S. Berg