| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2016
David J. Bradley, Clerk

The United States of America, §
§
  Plaintiff, §
§
versus § Criminal H-15-263-1
§
Asher Abid Khan, §
§
  Defendant. §

## Amendment to Second Amended Order on Release

1. Asher Abid Khan may spend one day shopping locally for new clothes.

2. He will arrange the specific terms with probation.

Signed on May 9, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge