United States District Court
Southern District of Texas
**ENTERED**
September 09, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America, § § § | |
| Plaintiff, § § | |
| versus § § | Criminal H-15-263 |
| Asher Abid Khan, § § § | |
| Defendant. § | |

## Order

Asher Khan's motion to continue the September 12, 2016, conference is denied.

Signed on September 9, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge