UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 12, 2016
David J. Bradley, Clerk

United States of America §
§
versus §          Criminal 4: _15-263-1_
§
_Asher Abid Khan_ §
§

## Conference Memorandum

Counsel:                               Representing:

_Carolyn Ferko_ ⎫
_Alamdar Hamdani_ ⎬         P: United States of America
                  ⎭

_Thomas Berg_                          _A. Khan_

Date: _September 13, 2016_       Reporter: _G. Dye_
Started: _2:27_                  Ended: _3:10_

At the conference, these rulings were made:

_____

☑ Order to be entered.
☑ A pretrial conference is set for:     _2:00 p.m._ on _October 24_, 201_6_.
☐ A hearing is set for:                 _____ on _____, 201__.
☐ Trial preparation to be completed by: _____, 201__.
☐ A trial is set for:                   _____ on _____, 201__.
   ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due:             _____, 201__.
☐ Internal review deadline              _____, 201__.

_____
Lynn N. Hughes
United States District Judge