UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
~~Southern District of Texas~~

**ENTERED**

September 12, 2016

David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Criminal H-15-263-1 |
| | § | |
| Asher Abid Khan, | § | |
| | § | |
| Defendant. | § | |

## Order Continuing Trial

On Asher Abid Khan's motion, this case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendant to a speedier trial.

The final pretrial conference is reset to December 5, 2016, at 2:30 p.m. The trial is reset to December 13, 2016, at 9:00 a.m.

Signed on September 12, 2016, at Houston, Texas.


Lynn N. Hughes
United States District Judge