UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 21, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-15-263-1 |
| Asher Abid Khan, | § § | |
| Defendant. | § § | |

## Order Continuing Trial

This case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendants to a speedier trial.

1. Motions will be filed by May 8, 2017.
2. Responses will be filed by May 18, 2017.
3. Pretrial conference is reset to June 5, 2017, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by June 1, 2017.
5. Jury selection and trial are reset to June 13, 2017, at 9:00 a.m.

Signed on February 21, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge