United States District Court  Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
April 26, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-15-263-1 |
| Asher Abid Khan, | § § | |
| Defendant. | § § | |

## Order Continuing Trial

On Asher Abid Khan's motion, this case is continued. The court finds that the ends of justice served by this delay outweigh the interests of the public and the defendant to a speedier trial.

1. Motions will be filed by September 5, 2017.
2. Responses will be filed by September 15, 2017.
3. Pretrial conference is reset to October 10, 2017, at 2:30 p.m.
4. Proposed voir dire and jury instructions will be filed by October 10, 2017.
5. Jury selection and trial are reset to October 17, 2017, at 9:00 a.m.

Signed on April 26, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge